ILLINOIS DEPARTMENT OF CORRECTIONS
## Parole Violation Report

### Section A: Violation Details

Offender: Swift, Terrill _____ Alias: Na _____ ID#: K65845

Parent Facility: Dixon Correctional Center  County of Violation: DuPage _____ Date of Birth: 10/30/1976

Program released to: SOSU _____ Level of Supervision: Level 1

Gender: ☒ Male ☐ Female  Race: ☐ Caucasian ☒ African American ☐ Asian ☐ Hispanic ☐ Native American ☐ Other _____

FBI#: 371731XA7 _____ I.R.#: 1102543 _____ CCJ#: na

Release Date: 01/09/2010 _____ Sentence Exp. Date: 01/09/2013 _____ Violation Date: 7-20-10

Custody Facility: Stateville CC _____ Custody Date: 09/15/2010

Offense(s): Technical Violations

IDOC Warrant #: QE 1010831 _____ Date Warrant Issued: 09/15/2010

Parolee Swift is currently on parole for the following offenses (list all MITTIMUS offenses) Murder and was incarcerated from 06/19/1998 to 05/03/2010. The most recent parole violation(s) for which this warrant was issued/is being requested follows (include date, time, place and description of the violation; description and method of weapons used; identity and injury to victim(s); arrest date and arresting agency; criminal charges; and custody/court/bond information) :

7-4-10: Parolee denied culpability for his crime of murder and aggravated criminal assault during interview with this Agent. This Agent instructed the Parolee to do a polygraph examination, and get into sex offender counseling right away.

7-20-10: Got polygraph results from paleographer. She stated she was not able to determine truthfulness and that the results would have to be listed as inconclusive. The Parolee was instructed to take another test, and this test would be free of charge to the offender.

9-7-10: Agent received email from sex offender therapist that the offender received a subsequent "inconclusive" polygraph, and that they could not provide services to the offender due to his unwavering denial of his offense.

9-15-10: Parolee arrested for parole violation and returned to Stateville Correctional Center. For his transgressions, the Parolee has been charged with violation of MSR rules 14, 15 and 16 respectively.

List all Arrests or Alleged Parole/Mandatory Supervised Release Violations or sanctions and the date of occurrence other than those in the above section (include date, time, place and description of the violation; description and method of weapons used; identity and injury to victim(s); arrest date and arresting agency; criminal charges; and custody/court/bond information) :

Answer the following questions only if the offender has absconded:

Is this an instant absconder? ☒ No ☐ Yes   Offender has been an absconder since (support in your narrative):

Did the offender make any contacts to AMS while an absconder? ☐ No ☐ Yes   If yes, dates of contacts:

**Community Adjustment:**

Answer the following questions or provide the required information for all parolees:

Prior parole terms/dates: 1st incarceration

Offender currently resides with: (include description of others living with the parolee, such as wife, children, girlfriend, parents. It is mandatory to list any children under 18 living in the home, age, and the relationship of the parolee to those children.) CARLEANE SWIFT / Mother

Where was the offender's approved host site? 2920 ROBERTS DRIVE #8 WOODRIDGE IL 60517 Can the offender return to

DOC 0071 (Rev 12/2006)

Distribution: Offender; Releasing Authority; Offender's Case File; Parent Field Services Representative; AMS; Hearing Officer; If FOS, Interstate Compact

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
## Parole Violation Report

this host site? ☐ No ☒ Yes
If no, state why and also what other host site options does the offender have? na
Offender was employed at time of arrest/alleged violation with: **Discount Tires** for **2** week(s) **0** month(s) **0** year(s).

Did the offender attend school at time of arrest/alleged violation? ☒ No ☐ Yes If yes, level of education: na

Special conditions for substance abuse and/or mental health and/or other programming by PRB or MSR Rule 15 (List each special condition, MSR Rule 15, referrals provided and date, and follow-up by agent. Specify the name and type of treatment program, where it was provided, if they had been attending regularly and if there were any progress reports - attach reports) : **Sex Offender Counseling / E.D.**

Current and prior housing, substance abuse and/or mental health issues (Include incarceration information if available) : NA

Does parolee have:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| State ID | ☐ Yes | ☐ No | ☒ Unknown | Driver's License | ☐ Yes | ☐ No | ☒ Unknown | |
| Birth Certificate | ☐ Yes | ☐ No | ☒ Unknown | Social Security Card | ☐ Yes | ☐ No | ☒ Unknown | |

If parolee does not have a valid State ID or Driver's License, list the referral dates for identification assistance: na

Offender attending or enrolled in sex offender treatment with (provider): **Not Enrolled** at (address): Na for (length of time and progress - attach progress notes): na

Is this current arrest or alleged violation a sex related offense? ☒ No ☐ Yes     Relationship to victim: na

List the offender's overall successes that will assist in providing support upon re-entry to the community:

☒ Supportive Immediate Family System
☐ Supportive Friends/Extended Relatives System
☐ Supportive Community Resources (List) :
☐ Employable Skills (List) :
☐ Unknown

**Agent's Narrative for Community Adjustment and Complete Case Management Background** (mandatory for all cases, including new arrests and cases of mandatory warrant issuance):
Overall, offender appeared to do well under MSR supervision. He obtained employment, and maintained a positive attitude. There were no detected violations of MSR while he was in the community other than not being in sex offender counseling. This was due to his refusal to admit culpability for his offense of murder and the sex offense that he had served time for in IDOC.

## Agent's Institutional and Release Recommendation:

Is diversion recommended for this parolee ? ☒ No ☐ Yes

Support your recommendation using the three (3) diversion criteria (Below) :

Does he/she have a viable host site: yes
Is he/she a threat to the community: Yes. Parolee is a murderer and sex offender who is untreatable due to not admitting to his crime.
Does he/she have any remaining sanctions: no

Recommended changes to current PRB orders and justification: none

Recommended time to be served and justification: **entire MSR term in a secure correctional facility.**
Other recommendations and justification: None

Attachments: ☐ Sanction Form    ☐ Police Report    ☒ Other (specify): Polygraph results / AMS History

I hereby declare under the penalty of perjury that the foregoing description of alleged violations made by me in this violation report is true and correct to the best of my knowledge and belief.

| Mark A. Salsberry | D10 | | 09/20/2010 |
|---|---|---|---|
| Print Parole Agent's Name | No. | Parole Agent's Signature | Date |

**Supervisor Comments** (If any - supervisor must specifically review the diversion review recommendation and concur/non-concur):

| George Richardson | D12 | | 9/20/10 |
|---|---|---|---|
| Print Parole Supervisor's Name | No. | Supervisor's Signature | Date |

Distribution: Offender; Releasing Authority; Offender's Case File;
Parent Field Services Representative; AMS;
Hearing Officer; if FOS, Interstate Compact

Page 2

DOC 0071 (Rev 12/2006)

*Printed on Recycled Paper*

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## Parole Violation Report

Swift, Terrill _____     K65845 _____

Offender's Name     ID#

### Section B: Notice of Charges of Alleged Parole or Mandatory Supervised Release Violations

You are hereby notified that, as detailed on this form, you are charged with having committed the following violations of your conditions of Parole or Mandatory Supervised Release Agreement:

☐ 1. Violation of any criminal statute.

☐ 2. Possession of a firearm or other dangerous weapon.

☐ 3. Failure to report to your agent.

☐ 4. Failure to permit the agent to visit at home, employment, or elsewhere as determined necessary.

☐ 5. Failure to attend or reside in a facility established for the instruction or residence of persons on parole or mandatory supervised release.

☐ 6. Failure to secure permission before visiting or writing a committed person in a Department facility.

☐ 7. Failure to report all arrests to an agent as soon as permitted by the arresting authority but in no event later than 24 hours after release from custody.

☐ 8. Failure to obtain permission of your agent before leaving the State of Illinois.

☐ 9. Failure to obtain permission of your agent before changing your residence or employment.

☐ 10. Failure to consent to search of your person, property, or residence under your control.

☐ 11. Use or possession of narcotics or other controlled substances in any form, or both, or any paraphernalia related to those substances, or failure to submit to a urinalysis test as instructed.

☐ 12. Frequenting places where controlled substances are illegally sold, used, distributed, or administered.

☐ 13. Knowingly associating with other persons on parole or mandatory supervised release without prior written permission of your agent or knowingly associating with persons who are members of an organized street gang.

☒ 14. Failure to provide true and accurate information, relating to your adjustment in the community while on parole or mandatory supervised release or to your conduct while incarcerated, in response to inquiries by your agent.

☒ 15. Failure to follow any specific instructions provided by your agent, specifically: Get into sex offender counseling

☒ 16. Failure to comply with the following additional conditions of release: Sex Offender Counseling

You are entitled to a Preliminary Parole/Mandatory Supervised Release Violation Hearing before a neutral Hearing Officer to determine whether or not probable cause exists that you did commit one or more of the violations checked above. You may appear and speak on your own behalf at this hearing and you may retain an attorney to represent you at the hearing. You may present evidence to rebut the charges and you may make a written request in advance of the hearing to present witnesses who can provide relevant information or to question adverse witnesses. If probable cause on any new criminal charge is determined by the court prior to the hearing date, you are not entitled to a preliminary hearing.

Your preliminary hearing is now scheduled to be held on: _____ Sept 27 , 20 10 at 10 30 ☒ a.m. ☐ p.m.

at: _____ STA/NRC _____

Note: If probable cause is found at the preliminary parole revocation hearing, you may request the hearing officer recommend to the Prisoner Review Board that the parole violation warrant be withdrawn pending a final parole revocation hearing.

As an alternative to the scheduled hearing, you may exercise one of the following options by initialing the appropriate box:

☐ A. **Postpone:** I request that my preliminary hearing be postponed for up to 30 days from today's date to permit me to obtain an
Initials     attorney, witnesses, or documents. I understand that it is my responsibility to present these individuals or materials at my hearing on:

_____ , 20 _____ at _____ ☐ a.m. ☐ p.m.

☐ B. **Waive (Illinois Offenders Only):** I elect to waive my preliminary hearing with the understanding that I will be afforded a full revocation
Initials     hearing before the Prisoner Review Board or Parole Board. This waiver does not indicate any admission of guilt to the above violations.

☐ C. **Waive (Adult Interstate Compact Only):** I admit guilt and waive my preliminary hearing.
Initials

I have received a copy of this Notice of Charges:

X Terrill Swift _____     on X 9, 22, 10
Offender's Signature     Date

A copy of this notice was delivered to the alleged violator by:

_____ T. Howard _____     C/O
Print Name     Title

_____ J. Howard _____     on 9, 22, 10
Signature     Date

Distribution: Offender; Releasing Authority; Offender's Case File;     Page 4     DOC 0071 (Rev 12/2006)
Parent Field Services Representative; AMS;
Hearing Officer; if FOS, Interstate Compact     Printed on Recycled Paper